IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH MICHAEL NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv525-MHT |
| | ) | (WO) |
| VENTRESS CORRECTIONAL | ) | |
| FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was stabbed by a fellow prisoner due to defendants' failure to provide adequate security. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice due to plaintiff's failure to pay the initial partial filing fee as ordered. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of November, 2017.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**