IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH MICHAEL NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv525-MHT |
| | ) | (WO) |
| VENTRESS CORRECTIONAL | ) | |
| FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

In light of the court's receipt of plaintiff's filing fee (doc. no. 6) today, it is ORDERED that the opinion (doc. no. 5) is vacated.

DONE, this the 8th day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**