IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH MICHAEL NEAL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv525-MHT |
| | ) | (WO) |
| VENTRESS CORRECTIONAL | ) | |
| FACILITY, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that due to a lack of security in the prison, he was stabbed several times by another prisoner and suffered a punctured lung. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice due to his failure to file an amended complaint as ordered. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of February, 2018.

                                              /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**